**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JEFFREY LAWRENCE SINGER and TINA ARCHER SANTUCCI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>COMSCORE, INC., a Delaware corporation, and FULL CIRCLE STUDIES, INC., a Delaware corporation,<br><br>*Defendants.* | Case No.: 2:26-cv-01108-SVW-JDE<br><br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION FOR PERMISSION TO APPEAR REMOTELY FOR INITIAL STATUS CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO CONTINUE HEARING AND CONFERENCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, upon consideration of the Stipulation for Permission to Appear Remotely for Initial Status Conference and Hearing on Defendants' Motion to Dismiss or, Alternatively, to Continue Hearing and Conference, hereby finds good cause to ORDER the following:

The Stipulation is GRANTED.

1. Counsel for the Parties are granted permission to appear remotely at the upcoming hearing on Comscore's motion to dismiss and initial status conference set for June 22, 2026 at 1:30 p.m.; or

2. Alternatively, the hearing on Comscore's motion to dismiss and initial status conference are continued from June 22, 2026 to another date to be set by the Court.

IT IS SO ORDERED.

DATED: June 2, 2026

Hon. Stephen V. Wilson
United States District Judge